STATE OF NEW JERSEY v. PIERSON A. FREEMAN.

February 9, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT AND JOSEPH ALLEN.

February 9, 1981.

Petition for certification denied.

ROBERT J. H. MICK v. P. RICHARD WEXLER.

February 9, 1981.

Petition for certification denied.

TOWNSHIP OF HILLSIDE v. STATE OF NEW JERSEY
CIVIL SERVICE COMMISSION.

February 9, 1981.

Petition for certification denied.

TOWN OF MORRISTOWN v. S. HOWARD WOODSON, JR.

February 10, 1981.

Petition for certification denied.